THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ROBERT J. RUBIN, Appellant.

*People* v. *Rubin*, 163 App. Div. 845, affirmed.
(Argued January 11, 1915; decided January 26, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 3, 1914, which affirmed a judgment rendered at a Trial Term for the county of New York on a verdict convicting the defendant of the crime of arson in the second degree.

*Robert H. Elder, Samuel S. Koenig* and *Oliver L. Goldsmith* for appellant.

*Charles Albert Perkins,* District Attorney (*Robert S. Johnstone* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, HOGAN, CARDOZO and SEABURY, JJ.

---

WILLIAM F. RAFFERTY, as Executor of GEORGE ZETT, Deceased, Respondent, *v.* SECURITY MUTUAL LIFE INSURANCE COMPANY, Appellant.

*Rafferty* v. *Security Mut. L. Ins. Co.,* 160 App. Div. 915, affirmed.
(Argued January 12, 1915; decided January 26, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 27, 1913, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover on a policy of life insurance.

*Harvey D. Hinman* and *Jay L. Gregory* for appellant.

*G. W. O'Brien* and *George B. Dolsen* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, HOGAN and SEABURY, JJ. Absent: CARDOZO, J.